THE HONORABLE THOMAS S. ZILLY

05-CV-00809-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL BUSINESS ASSET FUNDING CORP.,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NEUMANN and JANE DOE NEUMANN, and the marital community composed of RICHARD NEUMANN and JANE DOE NEUMANN; and STANLEY A. MALLIN and JANE DOE MALLIN,<br><br>Defendants. | No. 2:05-cv-00809-TSZ<br><br>[PROPOSED] ORDER<br><br>WITHOUT ORAL ARGUMENT<br><br>HEARING DATE: APRIL 21, 2006 |

THIS MATTER having come on for hearing on the Motion of the Plaintiff, General Electric Capital Business Asset Funding Corp. ("GE Capital"), for an entry of an order finding that the Defendant, Richard Neumann, and his interest in the marital community, are liable for any and all amounts still due and outstanding under the Master Loan Agreement and the term notes between GE Capital and Top Bon, the Court having considered the following:

1. Plaintiff's Motion for Summary Judgment;

2. The Declaration of Susan Babbitt in Support of Motion for Summary Judgment and Exhibits Thereto; and

3. The Court's file in this matter, and

4. Defendants' Response, dkt no 25, and Plaintiff's Reply, dkt no. 26.

[PROPOSED] ORDER - 1
No 2:05-cv-00809-TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

117110.0013/1280554.1

1  The Court having heard the argument of all parties herein, if any, finding that notice
2  was proper under the applicable rules, and otherwise being advised in the circumstances, finds
3  that there are no material facts in dispute and that GE Capital is entitled to summary judgment
4  as a matter of law.

5  NOW, THEREFORE, IT IS HEREBY ORDERED,   dkt no. 23

6  1.  Plaintiff GE Capital's Motion for Summary Judgment is granted as against
7  Richard Neumann and his interests in his marital community composed of Richard Neumann
8  and Jane Doe Neumann ("Defendants").

9  2.  Plaintiff GE Capital is entitled to judgment under the terms of the Master Loan
10  Agreement, the term notes and the personal guarantees in the amount of Two hundred sixty-
11  nine thousand seventy-two and 83/100 dollars ($269,072.83), plus reasonable attorney's fees,
12  plus additional post judgment interest accruing at the maximum rate by law or by contract,
13  plus additional attorney's fees and costs as incurred by GE Capital.

14  3.  The Clerk is directed to enter final judgment as set forth above.

15  DATED this 4 day of March, 2006.

16  *[signature]*

17  The Honorable Thomas S. Zilly

18  Presented by:

19  LANE POWELL PC

20  By: *[signature]*
   Grant E. Courtney
21  WSBA # 16248
   Attorneys for Plaintiff General Electric
22  Capital Business Asset Funding Corp.

23  Copy Received; Approved as to Form;
   Notice of Presentation Waived:

24

25  _____
   Richard Neumann
   Pro Se

26

[PROPOSED] ORDER - 2
No 2:05-cv-00809-TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

117110.0013/1280554.1